# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2014

149026

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re G. HARDIMAN, Minor.

SC: 149026
COA: 317996
Ottawa CC Family Division:
11-070842-NA

_____/

On order of the Court, the application for leave to appeal the March 13, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2014



Clerk

p0520